**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| KAREN NITTOLI and HARRY SEALS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 05-4007 (JAG) |
| v. | : | |
| | : | **ORDER** |
| MORRIS COUNTY BOARD OF CHOSEN FREEHOLDERS; and in their official and individual capacities, JOSEPHINE DEVINE, PAUL KALLEBERG; JEFFERY PAUL; and MICHAEL RUBBINACCIO, jointly and severally, | : | |
| | : | |
| Defendants. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on plaintiffs' motion to remand this case to the Superior Court of New Jersey, and Magistrate Judge Madeline Cox Arleo having issued a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that this Court deny the motion; and said R&R having been filed on January 23, 2006; and the time within which to object to the R&R having expired; and no objection having been made by either party; and it appearing that a magistrate judge's recommended disposition of a dispositive motion is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b); and this Court having reviewed the

1

parties' submissions and the R&R under the appropriate de novo standard; and good cause appearing,

IT IS on this 8th day of May, 2006,

ORDERED that Magistrate Judge Arleo's R&R[1] is adopted as the opinion of the Court; and

IT IS FURTHER ORDERED that plaintiff's motion to remand be DENIED; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.

---

[1] This Court notes that the correct citation to this Court's opinion in Orlick v. J.D. Carton & Son, Inc. is 144 F. Supp. 2d 337.